CULLEN *v.* TYLER.

HILL, J. There was no abuse of discretion in the first grant of a new trial in this case. Civil Code, § 6204.

*Judgment affirmed. All the Justices concur.*
MAY 16, 1913.

Eviction of intruder. Before Judge Hammond. Burke superior court. January 27, 1912.

*W. H. Davis* and *C. B. Garlick,* for plaintiff in error.

*E. L. Brinson* and *H. J. Fullbright,* contra.